**Razak Williams dba Magic Cuts Actual Cash Income &Expense**

| | 9-Jan | 9-Feb | 9-Mar | 9-Apr | 9-May | 9-Jun | |
|---|---|---|---|---|---|---|---|
| Gross lincome | $9,098.94 | $11,246.65 | $10,665.73 | $8,328.40 | $10,170.07 | $12,348.47 | $10,309.71 |
| | | | | | | | |
| Employee Wages | $2,806.04 | $2,458.60 | $2,175.34 | $2,162.17 | $2,191.73 | $2,165.29 | |
| Employee Taxes | $464.08 | $390.78 | $338.98 | $330.52 | $346.24 | $363.86 | |
| Employer Withoulding | $441.27 | $879.14 | $502.31 | $450.06 | $749.69 | $459.55 | |
| Workers Comp | $225.83 | | | | | | |
| Unemploument St. | | $9.79 | | | $77.44 | | |
| Repainrs | $177.15 | $54.37 | $93.94 | | | $200.00 | |
| Rent | $1,662.90 | $1,662.90 | $96.00 | $1,808.16 | $3,616.32 | $1,808.16 | |
| Sales Tax | $56.92 | | | | | | |
| Advertising | $225.00 | $475.00 | $475.00 | $225.00 | $475.00 | $475.00 | |
| Bank Carhes | $205.24 | $315.24 | $529.69 | $169.80 | $315.57 | $64.81 | |
| Computer | | $20.27 | $35.17 | | $29.85 | $23.63 | |
| contract Wges | $810.00 | $410.00 | | | | $200.00 | |
| Liability Ins. | $232.22 | | $48.23 | | $106.66 | | |
| Causalty Ins | | | | | | | |
| Barber Supplies | $195.14 | | | $108.26 | $135.69 | $250.47 | |
| Telephone | $167.82 | $300.04 | $193.36 | $153.05 | $155.25 | $155.06 | |
| Utilities | $463.31 | $198.06 | $155.52 | $376.79 | $324.17 | $440.44 | |
| Cleaning | | $561.17 | $402.32 | | | | |
| Misc | $326.92 | $320.44 | $425.06 | $423.12 | $22.23 | $160.52 | |
| License | | | | | | | |
| Accountant | | | $800.00 | $410.00 | $400.00 | $250.00 | |
| Total Expenses | $8,459.84 | $8,055.80 | $6,270.92 | $6,616.93 | $8,945.84 | $7,016.79 | $7,561.02 |
| | | | | | | | |
| Pre-Tax Profit | $639.10 | $3,190.85 | $4,394.81 | $1,711.47 | $1,224.22 | | $19,394.94 |

divided by 6 avg
3232.49 per month