**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | : Case No. 09-57500 |
| Razak A. Williams | : Chapter 13 (Judge ) |
| | : SSN: XXX-XX-6290 |
| Debtor | |

**NOTICE OF FIRST AMENDMENT TO SCHEDULE B**

Comes now Debtor by counsel, and hereby gives Notice to this Court of the First Amendment to Schedule B (attached).

Respectfully submitted,

/s/ Marshall D Cohen
Marshall D. Cohen, Case Attorney (0044066)
1299 Olentangy River Road
2nd Floor Suite C
Columbus, OH 43212
(614) 294-5040, Fax (614) 291-5006, notice@financialdignity.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following registered ECF participants, electronically through the Court's transmission facilities at their e-mail addresses registered with the Court, or by U.S. Mail, postage prepaid to the parties listed below on this 28th day of August 2009.

**ELECTRONIC SERVICE TO**:
Office of the US Trustee
Office of the Chapter 13 Trustee
Marshall D. Cohen, Esq.

**U.S. MAIL SERVICE**:
Razak Williams, 1431 Fullen Road, Columbus, OH 43229

/s/ Marshall D. Cohen
Marshall D. Cohen (0044066)
Molly R. Hartnell (0076286)
James W. Park (0082331)
Attorneys for Debtor