Amended

**In re** Razak Abdul Williams　　　　　　　　　　　　　　　　　　　　　　**Case No.** 2:09-bk-57500
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE B - PERSONAL PROPERTY

　　Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

　　**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

　　If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand<br>In Debtor's Possession | H | 35.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | National City Bank, Columbus (Checking Account #3342)<br>In Debtor's Possession | J | 40.00 |
| | | Huntington National Bank, Columbus (Checking Account #2012)<br>In Debtor's Possession | H | 0.00 |
| | | National City Bank (Razak Williams Inc. #0909)<br>In Debtor's Possession<br>(Checking Account for Magic Cuts) | H | 1,000.00 |
| | | National City Bank (Certificates of Deposit)<br>In Debtor's Possession | H | 28.00 |
| | | 529 Scholar's Edge Educational Plan (Oppenheimer Funds #1590)<br>In Debtor's Possession | H | 121.89 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

**In re** Razak Abdul Williams  **Case No.** 2:09-bk-57500
   Debtor   (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Bed<br>In Debtor's Possession | J | 75.00 |
| | | CDs & Videos<br>In Debtor's Possession | J | 50.00 |
| | | Computer Desk<br>In Debtor's Possession | J | 35.00 |
| | | Computer/Printer/Monitor<br>In Debtor's Possession | J | 250.00 |
| | | Couch & Chairs<br>In Debtor's Possession | J | 150.00 |
| | | Dinette Set<br>In Debtor's Possession | J | 75.00 |
| | | Dishwasher<br>In Debtor's Possession | J | 25.00 |
| | | DVD<br>In Debtor's Possession | J | 100.00 |
| | | Entertainment Center<br>In Debtor's Possession | J | 40.00 |
| | | Refrigerator<br>In Debtor's Possession | J | 125.00 |
| | | Freezer<br>In Debtor's Possession | J | 35.00 |
| | | Microwave<br>In Debtor's Possession | J | 10.00 |

In re  Razak Abdul Williams                              Case No. 2:09-bk-57500
                **Debtor**                                                 **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Nintendo/Sega & Games<br>In Debtor's Possession | J | 50.00 |
| | | Stereo<br>In Debtor's Possession | J | 75.00 |
| | | Stove<br>In Debtor's Possession | J | 50.00 |
| | | Tables, Lamps & Dressers<br>In Debtor's Possession | J | 75.00 |
| | | TV(s)<br>In Debtor's Possession | J | 95.00 |
| | | Washer & Dryer<br>In Debtor's Possession | J | 80.00 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Pictures<br>In Debtor's Possession | J | 100.00 |
| 6. Wearing apparel. | | Wearing Apparel<br>In Debtor's Possession | H | 150.00 |
| 7. Furs and jewelry. | | Watches<br>In Debtor's Possession | H | 30.00 |
| | | Necklaces<br>In Debtor's Possession | J | 50.00 |
| | | Bracelets<br>In Debtor's Possession | J | 35.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32138 - PDF-XChange 2.5 DE

**In re** Razak Abdul Williams        **Case No.** 2:09-bk-57500
            **Debtor**                                        **(If known)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | Tools<br>In Debtor's Possession | H | 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA (Prudential Securities Trust #7094)<br>In Debtor's Possession | H | 13.68 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Sirius x M Radio, Inc. (Stocks)<br>In Debtor's Possession<br>(2,000 Shares) | H | 260.00 |
| | | Block Buster, Inc. (Stock)<br>In Debtor's Possession<br>(200 Shares) | H | 90.00 |
| | | Omni Energy Services (Stock)<br>In Debtor's Possession<br>(120 Shares) | H | 72.00 |
| | | Biophan Technologies, Inc. (Stock)<br>In Debtor's Possession<br>(7,000 Shares) | H | 70.00 |
| | | AmeriTrade (Stock Trading #8942)<br>In Debtor's Possession | H | 448.75 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 32138 - PDF-XChange 2.5 DE

**Amended**

In re  Razak Abdul Williams   Case No. 2:09-bk-57500
                    Debtor                                     (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Cash on Hand<br>In Debtor's Possession<br>(Tommy Tran Owes Debor for Unjust Enrichment) | H | 0.00 |
| | | Tommy Tran<br>In Debtor's Possession<br>(Tommy Tran Owes Debtor for Unjust Enrichment - Uncollectible) | H | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1996 Oldsmobile 88 (Free & Clear)<br>In Debtor's Possession<br>300K Miles - Does Not Run | H | 100.00 |
| | | 2004 Ford Explorer (Free & Clear) | H | 3,000.00 |

**In re**  Razak Abdul Williams  
   **Debtor**

**Case No.**  2:09-bk-57500  
   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | In Debtor's Possession 150K Miles | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer/Printer/Monitor (Office Use) In Debtor's Possession | H | 400.00 |
| | | Fax Machine (Office Use) In Debtor's Possession | H | 20.00 |
| | | Computer Desk (Office Use) In Debtor's Possession | H | 50.00 |
| | | Filing Cabinets (Office Use) In Debtor's Possession | H | 30.00 |
| | | Scanners (Office Use) In Debtor's Possession | H | 40.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | 1,400 Shares of Razak A. Williams Co. In Debtor's Possession | H | 100.00 |

_____0_____ continuation sheets attached   Total  $  7,729.32

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)