Marshall D. Cohen, LLC
1299 Olentangy River Road
2nd Floor, Suite C
Columbus, OH 43212

Razak A. Williams
2821 Conrad Drive
Columbus, OH 43207

Date:  4/26/2010

Regarding:  Williams, Razak Abdul
Invoice No:  00676

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 3/03/2009 | MDC | Initial Consult Fifty-Five Minutes; First Thirty Minutes No Charge | 0.40 | $225.00 | $90.00 |
| 3/03/2009 | TBR | Client Phoned Re: Meeting Issues | 0.10 | $90.00 | $9.00 |
| 3/09/2009 | MDC | Phoned Client Re: Creditor Issues | 0.10 | $225.00 | $22.50 |
| 3/09/2009 | MDC | Phoned Client's Accountant Re: Obtaining Case Information | 0.10 | $225.00 | $22.50 |
| 3/09/2009 | TBR | Client Phoned Re: Creditor Information | 0.10 | $90.00 | $9.00 |
| 3/10/2009 | MDC | Office Conference Re: Began Intake Interview | 1.00 | $225.00 | $225.00 |
| 3/16/2009 | MDC | Office Conference Re: Completed Intake Interview | 1.00 | $225.00 | $225.00 |
| 5/12/2009 | MDC | Phoned Client Re: Status of Case, Scheduled Office Conference | 0.10 | $225.00 | $22.50 |
| 5/12/2009 | TBR | Client Phoned Re: Case Status | 0.10 | $90.00 | $9.00 |
| 6/10/2009 | MDC | Office Conference Re: Reviewed Client File, Discussed Accounting Issues | 0.75 | $225.00 | $168.75 |
| 6/17/2009 | JLP | Client Phoned Re: Adding Debt to Plan | 0.10 | $90.00 | $9.00 |
| 6/17/2009 | MDC | Phoned Client Re: Adding Debt to Plan | 0.10 | $225.00 | $22.50 |
| 7/01/2009 | MDC | Office Conference Re: Sign Chapter 13; Completed Preparation of Chapter 13 Plan | 2.00 | $225.00 | $450.00 |
| 7/02/2009 | EYC | Drafted and Mailed Stays to Creditors | 1.00 | $90.00 | $90.00 |
| 7/02/2009 | MDC | Office Conference Re: Proofread Chapter 13 Final, Signed Plan | 0.75 | $225.00 | $168.75 |
| 7/06/2009 | MDC | Creditor Phoned Re: Case Status | 0.10 | $225.00 | $22.50 |
| 7/09/2009 | MDC | Drafted Letter to Client Re: 341 and Confirmation Hearing | 0.10 | $225.00 | $22.50 |
| 7/17/2009 | MDC | Drafted State of Business Income and Expense | 0.50 | $225.00 | $112.50 |
| 7/21/2009 | EYC | Phoned Creditor Re: Case Status | 0.30 | $90.00 | $27.00 |
| 7/21/2009 | EYC | Phoned Client Re: Case Status | 0.20 | $90.00 | $18.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/24/2009 | MDC | Recieved and Reviewed E-Mail from Creditor's Attorney Re: Client's Wage Garnishment | 0.10 | $225.00 | $22.50 |
| 7/27/2009 | EYC | Phoned Client Re: Creditor Information, Capital One | 0.30 | $90.00 | $27.00 |
| 7/27/2009 | EYC | Client Phoned Re: Wage Garnishment | 0.20 | $90.00 | $18.00 |
| 7/28/2009 | DRA | Prepared Income Taxes and Pay Advices | 0.40 | $90.00 | $36.00 |
| 7/31/2009 | EYC | Client Phoned Re: IRS Notification | 0.10 | $90.00 | $9.00 |
| 7/31/2009 | MDC | Drafted Letter to Client Re: Notice of Missing Tax Return | 0.20 | $225.00 | $45.00 |
| 8/05/2009 | EYC | Client Phoned Re: Documents for Case | 0.10 | $90.00 | $9.00 |
| 8/06/2009 | MDC | Drafted Letter to Client Re: Missing Tax Returns | 0.20 | $225.00 | $45.00 |
| 8/07/2009 | EYC | Drafted and Filed Notice of Tax Returns & Payroll Advices to Trustee | 0.10 | $90.00 | $9.00 |
| 8/07/2009 | MDC | Drafted First Amendment to Chapter 13 Plan | 0.50 | $225.00 | $112.50 |
| 8/07/2009 | MDC | Drafted Amendment to Income and Expense Statement | 0.50 | $225.00 | $112.50 |
| 8/12/2009 | EYC | Drafted Notice of Amended Schedules, Filed Amended Schedules | 0.40 | $90.00 | $36.00 |
| 8/17/2009 | MDC | Reviewed File, Schedules, Statement of Financial Affairs and Draft of Plan | 0.40 | $225.00 | $90.00 |
| 8/18/2009 | EYC | Filed and Served Notice of Apprailsal | 0.30 | $90.00 | $27.00 |
| 8/18/2009 | EYC | Drafted Notice of Appraisal and Prepared Exhibits | 0.30 | $90.00 | $27.00 |
| 8/18/2009 | MDC | Reviewed File, Schedules, Statement of Financial Affairs and Draft of Plan | 0.25 | $225.00 | $56.25 |
| 8/19/2009 | MDC | Attended 341 Hearing | 1.00 | $225.00 | $225.00 |
| 8/20/2009 | DRA | Drafted and Mailed Capital One Stay | 0.45 | $90.00 | $40.50 |
| 8/28/2009 | MDC | Amended Schedules B, I, J and B22C | 0.25 | $225.00 | $56.25 |
| 8/28/2009 | MDC | Office Conference Re: Objection to Confirmation | 1.00 | $225.00 | $225.00 |
| 8/28/2009 | MDC | Received and Reviewed Objection to Confirmation | 0.10 | $225.00 | $22.50 |
| 9/02/2009 | MDC | Reviewed File, Amended Schedules | 0.40 | $225.00 | $90.00 |
| 9/03/2009 | EYC | Served and Filed First Amended Schedule B | 0.40 | $90.00 | $36.00 |
| 9/04/2009 | DRA | Client Phoned Re: Case Status | 0.10 | $90.00 | $9.00 |
| 9/04/2009 | DRA | Phoned Client Re: Case Status | 0.10 | $90.00 | $9.00 |
| 9/04/2009 | EYC | Drafted and Filed Request for Continuance of Confirmation | 0.20 | $90.00 | $18.00 |
| 9/09/2009 | MDC | Drafted Letter to Client Re: Continued Confirmation Hearing | 0.15 | $225.00 | $33.75 |
| 9/11/2009 | JLP | Client Phoned Re: Court Correspondence | 0.10 | $90.00 | $9.00 |
| 9/21/2009 | QLW | Client Phoned Re: IRS Claim | 0.10 | $90.00 | $9.00 |
| 9/22/2009 | MDC | Phoned IRS Re: Tax Returns | 0.25 | $225.00 | $56.25 |
| 9/22/2009 | MDC | Phoned Client Re: IRS Case Documents | 0.30 | $225.00 | $67.50 |

Marshall D. Cohen, LLC
Page No.:   3

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/22/2009 | MDC | Phoned Client Re: Objection to Confirmation | 0.10 | $225.00 | $22.50 |
| 9/22/2009 | QLW | Client Phoned Re: IRS Claim | 0.10 | $90.00 | $9.00 |
| 9/24/2009 | MDC | Phoned Client Re: Office Conference | 0.10 | $225.00 | $22.50 |
| 10/06/2009 | JWP | Office Conference Re: Drafted and Prepared Income Affidavit | 0.50 | $125.00 | $62.50 |
| 10/09/2009 | MDC | Drafted Letter to Client Re: Continued Confirmation Hearing | 0.20 | $225.00 | $45.00 |
| 11/11/2009 | MDC | Reviewed File, Schedules, Statement of Financial Affairs and Drafted Amended Plan | 0.70 | $225.00 | $157.50 |
| 11/12/2009 | EYC | Client Phoned Re: Confirmation Hearing | 0.20 | $90.00 | $18.00 |
| 11/12/2009 | EYC | Filed Objection to Proof of Claim #2 and Statement in Support of Confirmation | 0.10 | $90.00 | $9.00 |
| 11/12/2009 | MDC | Drafted Chapter 13 Statement in Support of Confirmation | 0.50 | $225.00 | $112.50 |
| 11/12/2009 | MDC | Drafted Objection to Proof of Claim #2, Filed by IRS | 0.30 | $225.00 | $67.50 |
| 11/13/2009 | EYC | Office Conference Re: Sign Amended Plan | 0.25 | $90.00 | $22.50 |
| 11/16/2009 | EYC | Filed Amended Plan & Amended B22C | 0.10 | $90.00 | $9.00 |
| 11/17/2009 | EYC | Served Amended Plan on all Creditors | 0.50 | $0.00 | $0.00 |
| 11/17/2009 | EYC | Prepared documents for Confirmation Hearing | 0.30 | $90.00 | $27.00 |
| 11/18/2009 | MDC | IRS Phoned Re: Proof of Claim #2 Amendment | 0.20 | $225.00 | $45.00 |
| 11/20/2009 | EYC | Creditor Attorney Phoned Re: Case Status | 0.25 | $90.00 | $22.50 |
| 11/23/2009 | EYC | Client Phoned Re: Objection to Case Confirmation | 0.10 | $90.00 | $9.00 |
| 11/23/2009 | MDC | Drafted Letter to Client Re: Continued Confirmation Hearing | 0.20 | $225.00 | $45.00 |
| 12/22/2009 | DRA | Client Phoned Re: Mortgage Creditor | 0.10 | $90.00 | $9.00 |
| 12/22/2009 | EYC | Phoned Client Re: Mortgage Creditor Options | 0.10 | $90.00 | $9.00 |
| 1/05/2010 | DRA | Phoned Client Re: Scheduled Office Conference | 0.10 | $90.00 | $9.00 |
| 1/06/2010 | MDC | Office Conference Re: Amended Case | 1.00 | $225.00 | $225.00 |
| 1/13/2010 | EYC | Phoned Client Re: Request of Mortgage Documents | 0.10 | $90.00 | $9.00 |
| 1/15/2010 | QLW | Client Phoned Re: Objection to Claim | 0.10 | $90.00 | $9.00 |
| 1/19/2010 | EYC | Filed Second Amended Plan and Prepared Case for Confirmation Hearing | 0.20 | $0.00 | $0.00 |
| 1/19/2010 | MDC | Attended Confirmation Hearing | 1.00 | $225.00 | $225.00 |
| 1/22/2010 | EYC | IRS Phoned Re: Proof Of Claim #2 | 0.10 | $90.00 | $9.00 |
| 1/25/2010 | MDC | Reviewed Amended Proof of Claim #2, Sent Email to IRS Attorney Re: Back Taxes | 1.00 | $225.00 | $225.00 |
| 1/27/2010 | MDC | Drafted Letter to Client Re: Continued Confirmation Hearing | 0.20 | $225.00 | $45.00 |
| 1/28/2010 | EYC | Phoned Creditor Attorney Re: Objection | 0.10 | $90.00 | $9.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | to Claim #2 | | | |
| 1/28/2010 | EYC | Drafted, Filed and Served Withdrawal of Objection to Claim # 2 | 0.40 | $90.00 | $36.00 |
| 2/04/2010 | QLW | Phoned Client, Scheduled Office Conference Re: Amending Chapter 13 Plan | 0.10 | $90.00 | $9.00 |
| 2/10/2010 | MDC | Office Conference Re: Amended Plan | 1.25 | $225.00 | $281.25 |
| 2/19/2010 | DRA | Filed Third Amended Plan | 0.25 | $0.00 | $0.00 |
| 2/19/2010 | DRA | Phoned Client Re: Creditor Contact Information | 0.10 | $90.00 | $9.00 |
| 2/19/2010 | DRA | Drafted Certificate of Service for Third Amended Plan, Reviewd Pre Confirmation Work | 0.40 | $90.00 | $36.00 |
| 2/19/2010 | TJD | Client Phoned Re: Creditor Contact Information | 0.10 | $90.00 | $9.00 |
| 2/23/2010 | DRA | Phoned Client's Mortgage Company Re: Loan Modifaction | 0.90 | $90.00 | $81.00 |
| 3/04/2010 | DRA | Phoned Client's Mortgage Company Re: Loan Modifaction | 0.10 | $90.00 | $9.00 |
| 3/11/2010 | EYC | Phoned Client Re: Schedulled Office Conference to Sign Fourth Amended Plan | 0.50 | $90.00 | $45.00 |
| 3/12/2010 | EYC | Office Conference Re: Sign Fourth Amended Chapter 13 Plan | 0.25 | $90.00 | $22.50 |
| 3/16/2010 | EYC | Filed Fourth Amended Plan | 0.15 | $0.00 | $0.00 |
| 3/16/2010 | EYC | Prepared and Reviewd Documents for Confirmation Hearing | 0.10 | $90.00 | $9.00 |
| 3/16/2010 | MDC | Attended Confirmation Hearing | 1.00 | $225.00 | $225.00 |
| 3/18/2010 | DRA | Drafted Letter to Client Re: Continued Confirmation Hearing | 0.10 | $90.00 | $9.00 |
| 3/19/2010 | EYC | Served Fourth Amended Plan | 0.25 | $90.00 | $22.50 |
| 3/26/2010 | LJG | Drafted Letter to Client Re: Mortgage Loan Restructuring | 0.40 | $90.00 | $36.00 |
| 4/13/2010 | DRA | Creditor Phoned Re: Case Status | 0.15 | $90.00 | $13.50 |
| 4/13/2010 | DRA | Faxed Creditor Re: Case Status | 0.15 | $90.00 | $13.50 |
| 4/15/2010 | BLB | IRS Phoned Re: Client's Incorporation | 0.10 | $90.00 | $9.00 |
| 4/15/2010 | DRA | Client Phoned Re: Mortgage Modifaction | 0.10 | $90.00 | $9.00 |
| 4/20/2010 | MDC | Attended Confirmation Hearing | 1.00 | $225.00 | $225.00 |
| 4/22/2010 | DRA | Drafted Letter to Client Re: Chapter 13 Plan Confirmation | 0.10 | $90.00 | $9.00 |
| 4/22/2010 | QLW | Client Phoned Re: Mortgage Modification | 0.10 | $90.00 | $9.00 |
| 4/26/2010 | JLP | Phoned Client Re: Office Conference | 0.10 | $90.00 | $9.00 |
| | | | | Total Fees | $5,959.75 |

***Expenses***

| Start Date | | Description | Quantity | Price | Charges |
|---|---|---|---|---|---|
| 7/02/2009 | | Postage Re: Notification of Stay | 43.00 | $0.44 | $18.92 |

Marshall D. Cohen, LLC
Page No.:   5

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 7/31/2009 | Postage for Letter to Client Re: Missing Tax Return | 1.00 | $0.44 | $0.44 |
| 8/06/2009 | Postage for Letter to Client Re: Missing Tax Returns | 1.00 | $0.44 | $0.42 |
| 8/20/2009 | Postage for Letter Re: Creditor Notification of Stay | 1.00 | $0.44 | $0.44 |
| 9/03/2009 | Postage for Service of Amended Schedule | 1.00 | $0.44 | $0.44 |
| 9/09/2009 | Postage for Letter Re: Continued Confirmation Hearing | 1.00 | $0.44 | $0.44 |
| 10/09/2009 | Postage for Letter to Cleint Re: Continued Confirmation Hearing | 1.00 | $0.44 | $0.44 |
| 11/17/2009 | Postage for Service of Amende Plan to all Creditors | 54.00 | $0.44 | $23.76 |
| 11/23/2009 | Postage for Letter to Client Re: Continued Confirmation Hearing | 1.00 | $0.44 | $0.44 |
| 1/27/2010 | Postage for Letter to Client Re: Continued Confirmation Hearing | 1.00 | $0.44 | $0.44 |
| 2/19/2010 | Postage Re: Service of Creditors | 57.00 | $0.44 | $25.08 |
| 3/18/2010 | Postage for Letter to Client Re: Continued Confirmation Hearing | 1.00 | $0.44 | $0.44 |
| 3/26/2010 | Postage for Letter to Client Re: Possible Mortgage Loan Restructuring | 1.00 | $0.44 | $0.44 |
| 4/22/2010 | Postage for Letter to Client Re: Chapter 13 Confirmation | 1.00 | $0.44 | $0.44 |

Total Expenses   $72.58

Total New Charges   $6,032.33

Total Amount Due this Bill   $6,032.33